# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL MENDEZ MILLER,
                Appellant,
        vs.
MELINDA SUE MILLER, N/K/A
MELINDA LESINSKY,
                Respondent.

No. 84489

**FILED**

SEP 2 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to modify child support and awarding attorney fees and costs. Eighth Judicial District Court, Family Court Division, Clark County; Dawn Throne, Judge.

On April 13, 2022, the clerk of this court issued a notice directing appellant, among other things, to file and serve the fast track statement by May 23, 2022. When appellant failed to comply, this court entered an order on August 8, 2022, directing appellant to file and serve the fast track statement by August 22, 2022. This court cautioned that failure to timely comply could result in the imposition of sanctions, including the dismissal of this appeal. *See* NRAP 3E(i). To date, appellant has not filed the fast track statement or otherwise communicated with this court. Accordingly, it appears that appellant has abandoned this appeal and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-29792

cc: Hon. Dawn Throne, District Judge, Family Court Division
Paul Mendez Miller
McFarling Law Group
Eighth District Court Clerk